### 61250. WELDON et al. v. SOUTHEASTERN FIDELITY INSURANCE COMPANY.

SOGNIER, Judge.

Appellant Weldon seeks review of a denial of his motion for summary judgment. However, appellant failed to follow the proper interlocutory review procedures in accordance with Code Ann. §§ 6-701 (a) (2) and 81A-156 (h). Denial of summary judgment is not reviewable by the appellate courts in the absence of a timely certificate of immediate review and the granting of an interlocutory appeal by the appellate court unless there be a final judgment in the case and the cause is no longer pending in the lower court. *U. S. I. F. Atlanta Corp. v. Paul,* 138 Ga. App. 625 (227 SE2d 90) (1976).

*Appeal dismissed. Shulman, P. J., and Birdsong, J., concur.*

DECIDED FEBRUARY 27, 1981.

*Harris Bullock, Glen H. McQueen, Jr.,* for appellants.
*Ralph Spain,* for appellee.